UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MIAN ARIF,<br><br>Plaintiff,<br>v.<br><br>RALPH STEPHEN COPPOLA,<br><br>Defendant. | Case No. 3:26-cv-00700-ART-CSD<br><br>ORDER |

This case is related to an existing case pending before Judge Miranda M. Du in Case No. 3:26-cv-00456-MMD-CSD. Assignment to Judge Du is likely to result in substantial savings of judicial effort and reduce duplication of labor. *See* LR 42-1(a)(2), (5); FED. R. CIV. P. 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving the same property are pending before the court). Accordingly, the assigned judges agree to transfer Case No. 3:26-cv-00700-ART-CSD to Judge Du for all further proceedings.

For the foregoing reasons, it is hereby ordered that the Clerk of Court transfer Case No. 3:26-cv-00700-ART-CSD to Judge Du.

DATED THIS 12th Day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE