UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MIAN ARIF<br>Plaintiff,<br>v.<br>RALPH STEPHEN COPPOLA,<br>Defendants. | Case No. 3:26-cv-00700-MMD-CSD<br>ORDER |

*Pro se* Defendant Ralph Stephen Coppola, petitioned for removal of this state court action (ECF No. 1-1) and applied for leave to proceed *in forma pauperis* ("IFP") (ECF No. 1). Before the Court is the Report and Recommendation (ECF No. 13 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court deny Defendant's IFP application. The parties had until November 18, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommends denying Defendant's IFP motion partly because his application indicates Defendant will pay the filing fee as soon as he receives an impending lump sum payment for his work for the Boy Scouts. (ECF Nos. 13 at 2; 1 at 2.) Accordingly, the Court will adopt Judge Denney's R&R in full and deny Defendant's IFP application.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 13) is accepted and adopted in full.

It is further ordered that Defendant's IFP application (ECF No. 1) is denied without prejudice.

It is further ordered that Defendant has thirty days from the date of this Order to either pay the $405 filing fee or re-submit his IFP application on the Court's long form.

DATED THIS 19th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE